UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re                                              )
                                                   )
    JAMES HARRIS, JR.,                 )    Case Number 6:13-bk-01131-CCJ
    CAROLYN L. HARRIS,                 )    Chapter 7
                                                   )
            Debtors.                       )

## APPLICATION TO APPOINT ATTORNEY

The Application of Dennis D. Kennedy, as trustee in the above estate ("Trustee"), respectfully represents:

1.    The Applicant is the duly appointed and qualified Trustee in the above proceeding, having been so appointed pursuant to Section 701 of the Bankruptcy Code [11 U.S.C. Section 701(a)].

2.    The Applicant wishes to employ John Henry Meininger, III and the firm of Meininger & Meininger, P.A. ("Meininger"), as general counsel pursuant to F.R.B.P. 2014 which is made applicable to the above proceeding under the Bankruptcy Code by Section 405(d) of the Bankruptcy Reform Act of 1978 (Pub. L. 95-598).

3.    The Applicant wishes to hire Meininger for the purpose of representing the estate as follows:  (a) the proposed sale of non-exempt real property particularly real property located at 826 West Kaley Street, Orlando, Florida 32805; (b) the sale of any other non-exempt real property or non-exempt personal property of the bankruptcy estate, if any; (c) file any settlements in accordance with F.R.B.P. 9019; (d) review and objection to claims that have sufficient complexity to justify their review by an attorney; (e) provide legal advice and counsel to the Trustee; (f) file any adversary proceeding on

behalf of the Trustee in which Meininger is qualified and able to adequately represent the bankruptcy estate such litigation.

4. The Trustee proposes to hire Meininger for the reason that he has considerable experience in matters of this character and believe that Meininger is well qualified to represent the trustee in this proceeding.

5. The Trustee is unaware of any conflicts of interest which would prohibit the appointment of Meininger as the attorney for the Trustee in this case;

6. Neither Meininger nor any member of Meininger & Meininger, P.A. is a relative of the debtors, the debtors' attorney, any of the creditors in this case or any person working for the United States Trustee's Office.

7. Meininger is willing to represent the Trustee in this case.

8. The hourly billing rates for Meininger & Meininger, P.A. are as follows: (a) John Henry Meininger, III, Of Counsel – $300.00; (b) Leigh R. Meininger, Shareholder - $350.00; and (c) Paralegals - $100.00.

9. Meininger understands and is aware of the procedures for obtaining approval of his legal fees and reimbursement of costs as the attorney for the Trustee as prescribed in 11 U.S.C. §330 et seq.

10. The Trustee believes that Meininger represents no interest adverse to the debtor or the estate in the matters upon which it is to be engaged for the Trustee, and his

employment would be in the best interest of the estate.

Under penalty of perjury, I have read the foregoing Application and it is true and correct to the best of my knowledge information and belief.

Dated: April 11, 2013.

/s/Dennis D. Kennedy
Dennis D. Kennedy, Trustee
Post Office Box 541848
Merritt Island, Florida 32954-1848
Telephone: (321) 455-9744
Facsimile: (321) 445-9888

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing and the Declaration Of Proposed Attorney, copy attached, have been furnished via Electronic Notice or First-Class United States Mail, postage prepaid this 11th day of April, 2013 to: **Debtors:** James Harris, Jr. and Carolyn L. Harris, 2 Village Green, Longwood, Florida 32779; **Attorney for Debtors:** James H. Monroe, Esquire, James H. Monroe, P.A., Post Office Box 540163, Orlando, Florida 32854; and **UST:** Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, Florida 32801.

Dated: April 11, 2013.

/s/Dennis D. Kennedy
Dennis D. Kennedy, Trustee
Post Office Box 541848
Merritt Island, Florida 32954-1848
Telephone: (321) 455-9744
Facsimile: (321) 445-9888