UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re                                      )
                                           )
    JAMES HARRIS, JR.,            )    Case Number 6:13-bk-01131-CCJ
    CAROLYN L. HARRIS,            )    Chapter 7
                                           )
        Debtors.                  )

## DECLARATION OF PROPOSED ATTORNEY

I, JOHN HENRY MEININGER, III, declare under penalty of perjury pursuant to the provision of 28 U.S.C. §1746 that the following statements are true and correct:

1. I am an attorney admitted to practice in the State of Florida and the United States District Court for the Middle District of Florida.

2. I am an equity shareholder with the law firm of Meininger & Meininger, P.A., which currently maintains its office at 520 East Central Boulevard, Orlando, Florida 32801.

3. Neither I nor any member of the firm have any connections with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States Trustee.

4. The current hourly billing rates for Meininger & Meininger, P.A. are as

follows: (a) $300.00 per hour for John Henry Meininger, III; (b) $350.00 per hour for Leigh R. Meininger; and (c) $100.00 per hour for paralegals.

Dated: April 10, 2013.

/s/ John Henry Meininger, III
John Henry Meininger, III, Esquire
Florida Bar No. 0881775
Meininger & Meininger, P.A.
Post Office Box 1946
Orlando, Florida 32802-1946
Telephone: (407) 246-1585
Facsimile: (407) 246-7101
E-mail: john@meiningerlaw.com