UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re                                            )
                                                 )
    JAMES HARRIS, JR.,           )    Case Number 6:13-bk-01131-CCJ
    CAROLYN L. HARRIS,           )    Chapter 7
                                                 )
        Debtors.                 )

ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

      This case came on for consideration on the Application To Appoint Attorney ("Application") [Document No. 22] filed by Dennis D. Kennedy. The Court reviewed the Application and the Declaration Of Proposed Attorney [Document No. 23] filed by John Henry Meininger, III and concludes that the attorney does not hold or represent an interest adverse to the estate and is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code. The Court further concludes that the attorney is qualified to represent the trustee and that the Court's authorization of the attorney's employment is in the best interest of the estate.

      Based on the foregoing, it is

      ORDERED as follows:

      1. The Application is hereby GRANTED.

      2. John Henry Meininger, III and the law firm of Meininger & Meininger, P.A. are approved as attorney for the trustee in this case.

      3. Compensation will be determined later in accordance with the provision of

Section 330 of the Bankruptcy Code.

    4. No payment whatsoever shall be made to the attorney absent application and order.

    DONE AND ORDERED on April 15, 2013.

*Cynthia C. Jackson* /mel

CYNTHIA C. JACKSON
United States Bankruptcy Judge

Copies Furnished Via BNC to:

Dennis D. Kennedy, Trustee, Post Office Box 541848, Merritt Island, Florida 32954-1848

John Henry Meininger, III, Esquire, Meininger & Meininger, P.A., Post Office Box 1946, Orlando, FL 32802-1946

United States Trustee's Office, George C. Young Federal Courthouse, 400 West Washington Street, Suite 1100, Orlando, FL 32801

James H. Monroe, Esquire, James H. Monroe, P.A., Post Office Box 540163, Orlando, FL 32854

James Harris, Jr. and Carolyn L. Harris, 2 Village Green, Longwood, FL 32779